**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | | |
|---|---|---|
| | : | **MDL DOCKET NO. 4:03-CV-1507-WRW** |
| **IN RE:** | : | |
| **PREMPRO PRODUCTS LIABILITY** | : | |
| **LITIGATION** | : | **All Cases in Exhibit A** |

**ORDER**

The Joint Motion to Dismiss Certain Defendants pending in the cases listed in Exhibit A are GRANTED. Accordingly, American College of Physicians, the National Committee for Quality Assurance and the American College of Gynecologists and Obstetricians are DISMISSED.

IT IS SO ORDERED this 20th day of January, 2009.

/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE

**EXHIBIT A**

4:08-cv-03838-WRW Jarrell et al v. American Home Products Corporation et al

4:08-cv-03839-WRW Javins et al v. American Home Products Corporation et al

4:08-cv-03841-WRW Jarrell et al v. American Home Products Corporation et al

4:08-cv-03843-WRW Jeffers et al v. American Home Products Corporation et al

4:08-cv-03844-WRW Johnson v. American Home Products Corporation et al

4:08-cv-03846-WRW Johnson et al v. American Home Products Corporation et al

4:08-cv-03847-WRW Jordan et al v. American Home Products Corporation et al

4:08-cv-03849-WRW Keith et al v. American Home Products Corporation et al

4:08-cv-03850-WRW Kellar v. American Home Products Corporation et al

4:08-cv-03851-WRW Kelly v. American Home Products Corporation et al

4:08-cv-03853-WRW Kessinger v. American Home Products Corporation et al

4:08-cv-03854-WRW Kimball et al v. American Home Products Corporation et al

4:08-cv-03856-WRW King et al v. American Home Products Corporation et al

4:08-cv-03857-WRW King v. American Home Products Corporation et al

4:08-cv-03858-WRW Kinser v. American Home Products Corporation et al

4:08-cv-03859-WRW Kittle et al v. American Home Products Corporation et al

4:08-cv-03860-WRW Knight et al v. American Home Products Corporation et al

4:08-cv-03862-WRW Koon v. American Home Products Corporation et al

4:08-cv-03863-WRW Kozielec et al v. American Home Products Corporation et al

4:08-cv-03864-WRW Lamb v. American Home Products Corporation et al

4:08-cv-03865-WRW Lambert v. American Home Products Corporation et al

4:08-cv-03867-WRW Lane et al v. American Home Products Corporation et al

4:08-cv-03868-WRW Lane et al v. American Home Products Corporation et al

4:08-cv-03869-WRW Lanham et al v. American Home Products Corporation et al

4:08-cv-03870-WRW Lawrence v. American Home Products Corporation et al

4:08-cv-03871-WRW Layton et al v. American Home Products Corporation et al

4:08-cv-03873-WRW Lemaster v. American Home Products Corporation et al

4:08-cv-03874-WRW Karnes et al v. American Home Products Corporation et al

4:08-cv-03875-WRW Kassay et al v. American Home Products Corporation et al

4:08-cv-03876-WRW Layfield et al v. American Home Products Corporation et al

4:08-cv-03877-WRW Lemasters v. American Home Products Corporation et al

4:08-cv-03878-WRW Lester-Houston et al v. American Home Products Corporation et al

4:08-cv-03879-WRW Lester et al v. American Home Products Corporation et al

4:08-cv-03880-WRW Underwood-Lewis et al v. American Home Products Corporation et al

4:08-cv-03882-WRW Linkous v. American Home Products Corporation et al

4:08-cv-03884-WRW Lively et al v. American Home Products Corporation et al

4:08-cv-03887-WRW Looman v. American Home Products Corporation et al

4:08-cv-03888-WRW Logan et al v. American Home Products Corporation et al

4:08-cv-03889-WRW Lovejoy v. American Home Products Corporation et al

4:08-cv-03890-WRW Lucion v. American Home Products Corporation et al

4:08-cv-03891-WRW Lyons et al v. American Home Products Corporation et al

4:08-cv-03892-WRW MacKnight et al v. American Home Products Corporation et al

4:08-cv-03893-WRW Marcum et al v. American Home Products Corporation et al

4:08-cv-03894-WRW Marshall et al v. American Home Products Corporation et al

4:08-cv-03895-WRW Mason et al v. American Home Products Corporation et al

4:08-cv-03897-WRW Maxwell v. American Home Products Corporation et al

4:08-cv-03898-WRW May v. American Home Products Corporation et al

4:08-cv-03900-WRW May v. American Home Products Corporation et al

4:08-cv-03901-WRW Mayes et al v. American Home Products Corporation et al

4:08-cv-03902-WRW Mayle et al v. American Home Products Corporation et al

4:08-cv-03903-WRW Maynard et al v. American Home Products Corporation et al

4:08-cv-03904-WRW Maynor et al v. American Home Products Corporation et al

4:08-cv-03905-WRW Mayo et al v. American Home Products Corporation et al

4:08-cv-03906-WRW McClure et al v. American Home Products Corporation et al

4:08-cv-03908-WRW McCormick v. American Home Products Corporation et al

4:08-cv-03909-WRW Ross et al v. American Home Products Corporation et al

4:08-cv-03911-WRW Ross v. American Home Products Corporation et al

4:08-cv-03913-WRW Roy et al v. American Home Products Corporation et al

4:08-cv-03914-WRW Runyan et al v. American Home Products Corporation et al

4:08-cv-03915-WRW McManaman et al v. American Home Products Corporation et al

4:08-cv-03916-WRW McMillion v. American Home Products Corporation et al

4:08-cv-03918-WRW Samples v. American Home Products Corporation et al

4:08-cv-03919-WRW Sams v. American Home Products Corporation et al

4:08-cv-03920-WRW Sarrett et al v. American Home Products Corporation et al

4:08-cv-03921-WRW Satterfield v. American Home Products Corporation et al

4:08-cv-03922-WRW Saunders et al v. American Home Products Corporation et al

4:08-cv-03923-WRW Saunders et al v. American Home Products Corporation et al

4:08-cv-03924-WRW Scaggs et al v. American Home Products Corporation et al

4:08-cv-03954-WRW White et al v. American Home Products Corporation et al

4:08-cv-03956-WRW Means et al v. American Home Products Corporation et al

4:08-cv-03962-WRW Metz et al v. American Home Products Corporation et al

4:08-cv-03963-WRW Metts v. American Home Products Corporation et al

4:08-cv-03967-WRW Midkiff v. American Home Products Corporation et al

4:08-cv-03969-WRW Milam et al v. American Home Products Corporation et al

4:08-cv-03973-WRW Miller v. American Home Products Corporation et al

4:08-cv-03975-WRW Miller v. American Home Products Corporation et al

4:08-cv-03977-WRW Miller et al v. American Home Products Corporation et al

4:08-cv-03982-WRW Miller et al v. American Home Products Corporation et al

4:08-cv-03983-WRW Moncrief et al v. American Home Products Corporation et al

4:08-cv-03985-WRW Mitchell v. American Home Products Corporation et al

4:08-cv-03987-WRW Monroe et al v. American Home Products Corporation et al

4:08-cv-03989-WRW Monty v. American Home Products Corporation et al

4:08-cv-03990-WRW Thompson et al v. American Home Products Corporation et al

4:08-cv-03991-WRW Morgan et al v. American Home Products Corporation et al

4:08-cv-03996-WRW Murphy v. American Home Products Corporation et al

4:08-cv-03998-WRW Murphy v. American Home Products Corporation et al

4:08-cv-04001-WRW Muncy v. American Home Products Corporation et al

4:08-cv-04002-WRW Mullins et al v. American Home Products Corporation et al

4:08-cv-04004-WRW Mounts v. American Home Products Corporation et al

4:08-cv-04006-WRW Mounts v. American Home Products Corporation et al

4:08-cv-04010-WRW Newman et al v. American Home Products Corporation et al

4:08-cv-04011-WRW Nichols et al v. American Home Products Corporation et al

4:08-cv-04012-WRW Neace et al v. American Home Products Corporation et al

4:08-cv-04014-WRW Murphy et al v. American Home Products Corporation et al

4:08-cv-04018-WRW Napier et al v. American Home Products Corporation et al

4:08-cv-04020-WRW Mutters et al v. American Home Products Corporation et al

4:08-cv-04026-WRW Null v. American Home Products Corporation et al

4:08-cv-04029-WRW Nutter v. American Home Products Corporation et al

4:08-cv-04031-WRW Nutter v. American Home Products Corporation et al

4:08-cv-04034-WRW Nutter v. American Home Products Corporation et al

4:08-cv-04039-WRW Overbaugh et al v. American Home Products Corporation et al

4:08-cv-04043-WRW Pack et al v. American Home Products Corporation et al

4:08-cv-04048-WRW Painter et al v. American Home Products Corporation et al

4:08-cv-04051-WRW Pauley et al v. American Home Products Corporation et al

4:08-cv-04053-WRW Paxton v. American Home Products Corporation et al

4:08-cv-04056-WRW Payne et al v. American Home Products Corporation et al

4:08-cv-04062-WRW Pemberton et al v. American Home Products Corporation et al

4:08-cv-04065-WRW Pennington et al v. American Home Products Corporation et al

4:08-cv-04067-WRW Perkins et al v. American Home Products Corporation et al

4:08-cv-04069-WRW Perrine et al v. American Home Products Corporation et al

4:08-cv-04071-WRW Perry et al v. American Home Products Corporation et al

4:08-cv-04078-WRW Perry v. American Home Products Corporation et al

4:08-cv-04080-WRW Perry et al v. American Home Products Corporation et al

4:08-cv-04081-WRW Peters v. American Home Products Corporation et al